Certificate Number: 17572-NJ-DE-030123264

Bankruptcy Case Number: 17-30108



17572-NJ-DE-030123264

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 3, 2017, at 6:04 o'clock PM PDT, Raymond D Calkin completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:    November 3, 2017          By:    /s/Judy Alexander

Name:  Judy Alexander

Title:   Counselor