Certificate Number: 17572-NJ-DE-030123262

Bankruptcy Case Number: 17-30108



17572-NJ-DE-030123262

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 3, 2017, at 6:04 o'clock PM PDT, Stephanie L Romano Calkin completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:    November 3, 2017                    By:    /s/Judy Alexander

                                             Name:    Judy Alexander

                                             Title:    Counselor