**NATHAN VAN EMBDEN, ESQUIRE**
21 E. Main Street
PO Box 428
Millville, New Jersey 08332
(856) 327-4220
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:  Raymond D. Calkin | : Case No.  17-30108/JNP |
|       Stephanie L. Romano-Calkin | : |
| | : Chapter 13 |
| Debtor(s) | : |
| | : **PRE-CONFIRMATION CERTIFICATION** |
| | : **OF COMPLIANCE WITH POST-PETITION** |
| | : **OBLIGATIONS IN ACCORDANCE WITH** |
| | : **11 U.S.C. § 1325(a)(8) AND (a)(9)** |

We, Raymond D. Calkin and Stephanie L. Romano-Calkin, upon our oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation hearing date on April 18, 2018.

2. The above named Debtor(s) is/are current with all of their Post Petition obligations.

3. The above named Debtor(s) has/have paid all Post-Petition amounts that are required to be paid under any and all Domestic Support Obligations.

4. The above named Debtor(s) has/have filed all applicable Federal, State and local tax returns, as required by 11 U.S.C. § 1308.

5. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the even any of the information contained in this Certification changes.

6. If this Certification is being signed by the Debtor(s)' attorney, Counsel certifies that the Debtor(s) were duly questioned about the statements in this certification and supplied answered consistent with this Certification.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Date: April 13, 2018                                  /s/ Raymond D. Calkin
                                                      Raymond D. Calkin, Debtor



Date: April 13, 2018                                  /s/ Stephanie L. Romano-Calkin
                                                      Stephanie L. Romano-Calkin, Debtor