## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

**In Re:**                                                    **Case No.** 17-30108

RAYMOND D CALKIN AND STEPHANIE L                              **Claim No. :** 1
ROMANO-CALKIN

Debtor(s)

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES ONLY, listed in the above stated case be changed.

**\*\* Below change is only for notice address. Payment address will be same as filed in POC.**

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| BMW Financial Services NA, LLC | BMW Financial Services NA, LLC |
| P.O. Box 165028 | 4515 N Santa Fe Ave. Dept. APS |
| Irving, TX 75016 | Oklahoma City, OK 73118 |

/s/ Dipika Parmar

Date: 08/07/2018

Creditor's Authorized Agent for BMW Financial Services NA, LLC