Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 17-30108 (JNP)**

Raymond D. Calkin and Stephanie L. Romano-Calkin  
2387 Quail Street  
Vineland, NJ  08361

Monthly Payment: $250.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/28/2019 | $250.00 | 02/25/2019 | $250.00 | 03/25/2019 | $250.00 | 04/25/2019 | $250.00 |
| 05/28/2019 | $250.00 | 06/28/2019 | $250.00 | 07/26/2019 | $250.00 | 08/26/2019 | $250.00 |
| 09/27/2019 | $250.00 | 10/28/2019 | $250.00 | 11/25/2019 | $250.00 | 12/26/2019 | $250.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RAYMOND D. CALKIN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | NATHAN VAN EMBDEN, ESQUIRE | 13 | $3,225.00 | $3,225.00 | $0.00 | $44.57 |
| 1 | BMW BANK OF NORTH AMERICA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA, N.A. | 33 | $9,865.50 | $88.92 | $9,776.58 | $81.95 |
| 3 | BRIDGETON ONIZED F.C.U. | 33 | $16,700.88 | $150.53 | $16,550.35 | $138.73 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $6,799.37 | $61.28 | $6,738.09 | $56.48 |
| 5 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | NAVIENT SOLUTIONS, LLC | 33 | $63,993.42 | $576.74 | $63,416.68 | $531.54 |
| 10 | U.S. DEPARTMENT OF EDUCATION | 33 | $201,489.73 | $1,815.95 | $199,673.78 | $1,673.62 |
| 11 | HOME DEPOT LOAN SERVICES | 33 | $16,488.96 | $148.61 | $16,340.35 | $136.96 |
| 12 | HOME DEPOT LOAN SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | KING'S CREEK PLANTATION, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | TOYOTA MOTOR CREDIT CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | M & T BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | NAVIENT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | TD RETAIL CARD SERVICES | 33 | $1,499.68 | $13.52 | $1,486.16 | $12.46 |
| 18 | RICHARD ROMANO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | SYNOVUSBK/THDLOAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | TOYOTA MOTOR CREDIT CORPORATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | TOYOTA MOTOR CREDIT CORPORATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | NATHAN VAN EMBDEN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | STEPHANIE L. ROMANO-CALKIN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | BANK OF AMERICA, N.A. | 33 | $9,477.50 | $85.43 | $9,392.07 | $78.74 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2017 | 60.00 | $250.00 |
| 11/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,000.00 |
| Total paid to creditors this period: | $2,755.05 |
| Undistributed Funds on Hand: | $230.50 |
| Arrearages: | ($200.58) |
| Attorney: | NATHAN VAN EMBDEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**