| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Raymond D Calkin<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−3966<br>EIN   __−_____ |
| Debtor 2<br>(Spouse, if filing) | Stephanie L Romano−Calkin<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−1605<br>EIN   __−_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17−30108−JNP | | |

# Order of Discharge                                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Raymond D Calkin                                Stephanie L Romano−Calkin
                                                                             aka Stephanie L Calkin

12/9/22                                                                   **By the court:** Jerrold N. Poslusny Jr.
                                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-30108-JNP |
| Raymond D Calkin | Chapter 13 |
| Stephanie L Romano-Calkin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Raymond D Calkin, Stephanie L Romano-Calkin, 2387 Quail Street, Vineland, NJ 08361-7358 |
| cr | + | Bridgeton Onized FCU, c/o McKenna DuPont, 229 Broad St, PO Box 610, Red Bank, NJ 07701-0610 |
| 517103442 | + | Bridgeton Onized FCU, 2550 S Main Rd., Vineland, NJ 08360-7138 |
| 517103450 | + | Home Depot, PO Box 29429, Atlanta, GA 30359-0429 |
| 517103451 | + | Home Depot Loan Services, P.O. Box 29429, Atlanta, GA 30359-0429 |
| 517305033 | + | Home Depot Loan Services, Greensky LLC, PO Box 530584, Atlanta GA 30353-0584 |
| 517103452 | + | Kings Creek Plantation, 191 Cottage Cove Lane, Williamsburg, VA 23185-5811 |
| 517103457 | + | Ramour and Flannigan/TD, P O Box 731, Mahwah, NJ 07430-0731 |
| 517103458 | + | Richard Romano, 2150 E. Oak Dr., Millville, NJ 08332-9418 |
| 517103459 | + | SYNOVUSBK/THDLOAN, 1797 N East Expy NE, Atlanta, GA 30329-7803 |
| 517103461 | + | Toyota Motor Credit, Attn: Alltran Financial LP, P O Box 4043, Concord, CA 94524-4043 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 09 2022 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 09 2022 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517103439 | + | EDI: BMW.COM | Dec 10 2022 01:53:00 | Alphera Financial Services, P O Box 3608, Dublin, OH 43016-0306 |
| 517103440 | | EDI: BANKAMER.COM | Dec 10 2022 01:53:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 517112071 | | EDI: BMW.COM | Dec 10 2022 01:53:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 517111207 | + | EDI: AISACG.COM | Dec 10 2022 01:53:00 | BMW Financial Services NA, LLC Department, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517266884 | + | EDI: BANKAMER2.COM | Dec 10 2022 01:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517146081 | | Email/Text: laura@redbanklaw.com | Dec 09 2022 21:12:00 | Bridgeton Onized Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 517103443 | | EDI: CAPITALONE.COM | Dec 10 2022 01:53:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517103446 | | EDI: CITICORP.COM | Dec 10 2022 01:53:00 | Citi, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 517103447 | + | EDI: CITICORP.COM | Dec 10 2022 01:53:00 | Citi Card, P O Box 6004, Sioux Falls, SD |

Case 17-30108-JNP  Doc 39  Filed 12/11/22  Entered 12/12/22 00:18:28  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 57117-6004 |
| 517103448 | + | EDI: NAVIENTFKASMDOE.COM | Dec 10 2022 01:53:00 | Dept. of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517103449 | + | Email/Text: bncnotifications@pheaa.org | Dec 09 2022 21:12:00 | Fed Loan Serv., PO Box 60610, Harrisburg, PA 17106-0610 |
| 517103444 | | EDI: JPMORGANCHASE | Dec 10 2022 01:53:00 | Chase, PO Box 15123, Wilmington, DE 19850-5123 |
| 517103445 | | EDI: JPMORGANCHASE | Dec 10 2022 01:53:00 | Chase Slate, PO Box 15123, Wilmington, DE 19850-5123 |
| 517103453 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 09 2022 21:12:00 | Lexus Financial Services, P O Box 4102, Carol Stream, IL 60197-4102 |
| 517103455 | | Email/Text: camanagement@mtb.com | Dec 09 2022 21:12:00 | M&T Bank, 1 Fountain Plz., Buffalo, NY 14203 |
| 517156447 | | Email/Text: camanagement@mtb.com | Dec 09 2022 21:12:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 517103456 | + | EDI: NAVIENTFKASMSERV.COM | Dec 10 2022 01:53:00 | Navient, P O Box 9500, Wilkes Barre, PA 18773-9500 |
| 517232926 | | EDI: NAVIENTFKASMDOE.COM | Dec 10 2022 01:53:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517270218 | | EDI: PRA.COM | Dec 10 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517108280 | + | EDI: RMSC.COM | Dec 10 2022 01:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517183470 | + | EDI: CBSTDR | Dec 10 2022 01:53:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517103460 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 09 2022 21:12:00 | Toyota Motor Credit, 4 Gatehall Dr. Ste. 35, Parsippany, NJ 07054 |
| 517199761 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 09 2022 21:12:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517437803 | | Email/PDF: bncnotices@becket-lee.com | Dec 09 2022 21:11:21 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517191563 | | Email/Text: bncnotifications@pheaa.org | Dec 09 2022 21:12:00 | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517103441 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 517103454 | *+ | Lexus Financial Services, P O Box 4102, Carol Stream, IL 60197-4102 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 38 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Michael R. DuPont | on behalf of Creditor Bridgeton Onized FCU dupont@redbanklaw.com lori@redbanklaw.com |
| Nathan Van Embden | on behalf of Debtor Raymond D Calkin nve@nvanembden.com lstyles@nvanembden.com |
| Nathan Van Embden | on behalf of Joint Debtor Stephanie L Romano-Calkin nve@nvanembden.com lstyles@nvanembden.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7