Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  17–30108–JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Raymond D Calkin | Stephanie L Romano–Calkin |
| 2387 Quail Street | aka Stephanie L Calkin |
| Vineland, NJ 08361 | 2387 Quail Street |
| | Vineland, NJ 08361 |

Social Security No.:
  xxx–xx–3966                                         xxx–xx–1605

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 12, 2023</u>
                              <u>Jerrold N. Poslusny Jr.</u>
                              Judge, United States Bankruptcy Court